UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT R. BERG, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF CORRECTIONS, *et al.*, <br><br> Defendants. | Case No. C18-0522-TSZ <br><br> ORDER DISMISSING CIVIL RIGHTS ACTION |

The Court, having reviewed plaintiff's complaint and the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 12, to which no objections were filed, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted;

(2) Plaintiff's complaint and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure of plaintiff to state any claim upon which relief may be granted;

(3) Plaintiff's pending motions (docket nos. 7, 9) are STRICKEN as moot; and

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 13th day of June, 2018.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1